UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AMJAD FSEISI,

     Plaintiff,

v.                           CASE NO.: 1:25-CV-2368-AJT-WBP

O'KEEFE MEDIA GROUP,
et al.,

     Defendants.

_____/

**DEFENDANTS O'KEEFE MEDIA GROUP & JAMES O'KEEFE'S**
**<u>MOTION TO DISMISS</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Va. Code § 8.01-223.2, Defendants O'Keefe Media Group ("OMG") and James O'Keefe, by and through undersigned counsel, hereby move for an order dismissing this action with prejudice. As grounds for their motion, OMG and O'Keefe state as follows:

1.     The Complaint (ECF No. 1) purports to state a cause of action for fraudulent misrepresentation (Count I) and conspiracy to commit the same (Count II). It also purports to state a claim for wiretapping (Count III).

2.     OMG and O'Keefe seek dismissal of the Complaint with prejudice under Rule 12(b)(6) for failure to state a claim. Plaintiff Amjad Fseisi cannot state a claim for each of the following independent reasons:

     a.  Mr. Fseisi fails to state a claim for fraudulent misrepresentation because Virginia law restricts fraud to misrepresentations of material fact within a transactional context. A lie about one's job or political views told during a social dinner is not

1

material to any property right or commercial exchange. It is social puffery, legally indistinguishable from the white lies that permeate everyday social discourse.

b.  Mr. Fseisi also fails to state a claim for fraudulent misrepresentation because, as alleged, his reliance on a stranger's friendly façade was unreasonable. Fseisi is a trained intelligence professional with a non-delegable duty to safeguard classified information. It is objectively, legally unreasonable for a clearance holder to rely on the representations of an unknown date as a license to spill agency secrets. The law does not protect an intelligence officer who abandons his duty to impress a dinner date.

c.  Mr. Fseisi fails to state a claim for fraudulent misrepresentation because the First Amendment prohibits using state tort law to penalize the publication of truthful information about public officials absent a showing of actual malice. Mr. Fseisi cannot use fraud as an end-run around the Constitution to recover reputational damages for truthful reporting, his conclusory statement of "actual malice" notwithstanding.

d.  Mr. Fseisi fails to state a claim for wiretapping because he has not plausibly alleged that OMG or O'Keefe intercepted or procured the interception of oral communications. 18 U.S.C. § 2510(2).

e.  Mr. Fseisi fails to state a claim for wiretapping because he has not plausibly alleged that his words were intercepted by parties to his communications for a tortious or criminal purpose. 18 U.S.C. § 2511(2)(d).

f.  Mr. Fseisi cannot state a claim for wiretapping via a criminal or tortious purpose because that provision of 18 U.S.C. § 2511(2)(d) is unconstitutional.

3.      Pursuant to Va. Code § 8.01-223.2(C), OMG and O'Keefe further seek an award of the reasonable attorneys' fees and costs they have been forced to incur in defending this meritless action.

For the reasons set forth more fully in the accompanying memorandum of law, OMG and O'Keefe respectfully request that the Court grant this motion and enter an order dismissing this action with prejudice. They also request an award against Plaintiff for their attorneys' fees and costs.

Undersigned counsel met and conferred with Plaintiff's counsel, who does not agree to this Motion.

Respectfully submitted,

| | |
|---|---|
| */s/ Trey Mayfield* | */s/ Benjamin Barr* |
| Earl N. "Trey" Mayfield, III VSB# 41691 | Benjamin Barr |
| (local counsel) | (*pro hac vice*) |
| tmayfield@chalmersadams.com | BARR & KLEIN PLLC |
| 10521 Judicial Drive, Suite 200 | 1050 30th St. NW |
| Fairfax, Virginia 22030 | Washington, DC 20007 |
| Phone: 703.268.5600 | Telephone: (202) 595-4671 |
| Facsimile: 703.268.5602 | ben@barrklein.com |
| | |
| | */s/ Stephen Klein* |
| | Stephen R. Klein |
| | (*pro hac vice*) |
| | BARR & KLEIN PLLC |
| | 1629 K St. NW Ste. 300 |
| | Washington, DC 20006 |
| | Telephone / Fax: (202) 804-6676 |
| | steve@barrklein.com |

*Counsel to O'Keefe Media Group and James O'Keefe*

\* Admitted in Illinois and not a member of the D.C. Bar. Practicing law in the District of Columbia in federal courts pursuant to D.C. Court of Appeals Rule 49(c)(3).

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 6th day of February, 2026, I caused a copy of the foregoing and its attachment to be filed electronically with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all interested parties.

<u>/s/ Trey Mayfield</u>
Earl N. "Trey" Mayfield, III