UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AMJAD FSEISI,

     Plaintiff,

v.                                                              CASE NO.: 1:25-CV-2368-AJT-WBP

O'KEEFE MEDIA GROUP,
et al.,

     Defendants.

_____/

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER
REGARDING CONFIDENTIALITY OF DISCOVERY MATERIALS**

Plaintiff Amjad Fseisi and Defendants O'Keefe Media Group and James O'Keefe (collectively, the "Parties"), by and through their respective undersigned counsel, respectfully move the Court to enter their proposed Stipulated Protective Order Regarding Discovery, a copy of which is attached hereto as **Exhibit A**.

The Parties anticipate that discovery in this matter will require the production and exchange of documents and testimony containing confidential and/or proprietary information, including, but not limited to personal financial information that must be protected and other non-public financial information, operations and policies. The unrestricted disclosure of the Parties' respective confidential information could result in significant harm to the Parties. In order to facilitate the discovery process and protect the proprietary and confidential nature of the documents that are produced in this matter, the Parties have agreed to the terms of the Stipulated Protective Order attached hereto and jointly propose that it be entered pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

1

WHEREFORE, the Parties respectfully request that the Court grant their Joint Motion for Entry of the Proposed Stipulated Protective Order and enter their proposed Stipulated Protective Order.

**CERTIFICATION OF CONSENT OF ALL INTERESTED PARTIES**

Counsel for all interested parties in this matter have consented to the relief requested in this Motion and all of the interested parties in this matter join this Motion.

Counsel for all interested parties in this matter have consented to waive oral argument with respect to this Consent Motion for Entry of Stipulated Protective Order Regarding Discovery.

[Remainder of this page intentionally left blank.]

2

Dated: May 7, 2026

Respectfully submitted,

SUROVELL ISAACS & LEVY PLC

By: */s/ Jason F. Zellman*
    Jason F. Zellman (VSB# 77499)
    4010 University Drive, Second Floor
    Fairfax, Virginia 22030
    Telephone:  703.277.9704
    Facsimile:  703.591.9285
    Email: JZellman@SurovellFirm.com

*Counsel for Mr. Fseisi*

*/s/ Trey Mayfield*
Earl N. "Trey" Mayfield, III VSB# 41691
(local counsel)
tmayfield@chalmersadams.com
Dan Backer
dbackaer@chalmersadams.com
1032 15th St. NW #374
Washington, DC 20005
(o) 678-582-8900

*/s/ Benjamin Barr*
Benjamin Barr*
(*pro hac vice*)
BARR & KLEIN PLLC
1050 30th St. NW
Washington, DC 20007
Telephone: (202) 595-4671
ben@barrklein.com

*/s/ Stephen Klein*
Stephen R. Klein
(*pro hac vice*)
BARR & KLEIN PLLC
1629 K St. NW Ste. 300
Washington, DC 20006
Telephone / Fax: (202) 804-6676
steve@barrklein.com

*Counsel to O'Keefe Media Group and James O'Keefe*

* Admitted in Illinois and not a member of the D.C. Bar. Practicing law in the District of Columbia in federal courts pursuant to D.C. Court of Appeals Rule 49(c)(3).

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2026, I caused a copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all interested parties.

*/s/ Dan Backer*
Dan Backer