# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AMJAD FSEISI,

     Plaintiff,

v.                                    CASE NO.: 1: 25-CV-2368-AJT-WBP

O'KEEFE MEDIA GROUP,
et al.,

     Defendants.

_____/

**STEPHEN KLEIN'S DECLARATION IN SUPPORT OF DEENDANTS
O'KEEFE MEDIA GROUP AND JAMES O'KEEFE'S BILL OF COSTS**

I, Stephen Klein, hereby attest as follows:

1.     I am over the age of 18 years. I have personal knowledge of and am competent to testify to the facts set forth herein.

2.     I am an attorney admitted to practice before this Court *pro hac vice* in the above-captioned litigation.

3.     I am a partner with the law firm of Barr & Klein PLLC. Barr & Klein represented Defendants O'Keefe Media Group ("OMG") and James O'Keefe in the above captioned litigation.

4.     On May 14, 2026, this Court granted a motion to dismiss with prejudice in favor of OMG and O'Keefe on all counts.

5.     The costs claimed in the Bill of Costs were incurred by Barr & Klein PLLC on behalf of OMG and O'Keefe during the course of the litigation. The costs claimed in the Bill of Costs are correctly stated and were necessarily incurred in the case.

1

6.      The costs for the respective *pro hac vice* admissions of Benjamin Barr and Stephen Klein were necessarily incurred as Fees of the Clerk for their representation in this matter in the case are itemized below. True and correct copies of invoices and documentation in support of the claimed costs are included in this filing as **Exhibit B**.

| Date | Description | Total |
|---|---|---|
| Jan. 30, 2026 | *Pro hac vice* fee of the Clerk for Stephen Klein | $75.00 |
| Jan. 30, 2026 | *Pro hac vice* fee of the clerk for Benjamin Barr | $75.00 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 28, 2026.

/s/ Stephen Klein
Stephen R. Klein
(*pro hac vice*)
BARR & KLEIN PLLC
1629 K St. NW Ste. 300
Washington, DC 20006
Telephone / Fax: (202) 804-6676
steve@barrklein.com

2