# EXHIBIT B

**Subject:** Fw: Activity in Case 1:25-cv-02368-AJT-WBPVAED Fseisi v. O'Keefe Media Group et al Motion to appear Pro hac vice

**Date:** Friday, January 30, 2026 at 2:33:40 PM Mountain Standard Time

**From:** Trey Mayfield <tmayfield@chalmersadams.com>

**To:** Benjamin Barr <ben@barrklein.com>, Stephen Klein <steve@barrklein.com>

---

**From:** cmecf@vaed.uscourts.gov <cmecf@vaed.uscourts.gov>
**Sent:** Friday, January 30, 2026 2:30 PM
**To:** Courtmail@vaed.uscourts.gov <Courtmail@vaed.uscourts.gov>
**Subject:** Activity in Case 1:25-cv-02368-AJT-WBPVAED Fseisi v. O'Keefe Media Group et al Motion to appear Pro hac vice

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**
**Eastern District of Virginia -**

## Notice of Electronic Filing

The following transaction was entered by Mayfield, Earl on 1/30/2026 at 4:30 PM EST and filed on 1/30/2026

**Case Name:**       Fseisi v. O'Keefe Media Group et al
**Case Number:**     1:25-cv-02368-AJT-WBP
**Filer:**           James O'Keefe
                     O'Keefe Media Group
**Document Number:** 11

**Docket Text:**
<span style="color:blue">**Motion to appear Pro Hac Vice by Steve Klein and Certification of Local Counsel Earl Mayfield Filing fee $ 75, receipt number AVAEDC-10749816. by James O'Keefe, O'Keefe Media Group. (Mayfield, Earl)**</span>

**1:25-cv-02368-AJT-WBP Notice has been electronically mailed to:**

Earl Neville Mayfield , III      tmayfield@chalmersadams.com

Jason Frank Zellman       JZellman@surovellfirm.com, CBahner@surovellfirm.com, MEvans@surovellfirm.com

**1:25-cv-02368-AJT-WBP Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:
**Document description:**Main Document

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091796605 [Date=1/30/2026] [FileNumber=13059617-0] [2658f582eebbe61e8836dba976aa3aa0f97f86815fd87809a9ac9a38fd09b81783 3175efcd32bf9a63832a920cc3895914123dcf3e61b064576f0768098c5e23]]

This message and any attached materials are intended solely for the use of the intended recipient and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return email and then delete the original message. This law firm is a debt collector, and any information obtained by the firm may be used for that purpose under federal law and for purposes of the Fair Debt Collection Practices Act, or other applicable law.

**Subject:** Fw: Activity in Case 1:25-cv-02368-AJT-WBPVAED Fseisi v. O'Keefe Media Group et al Motion to appear Pro hac vice

**Date:** Friday, January 30, 2026 at 2:33:42 PM Mountain Standard Time

**From:** Trey Mayfield <tmayfield@chalmersadams.com>

**To:** Stephen Klein <steve@barrklein.com>, Benjamin Barr <ben@barrklein.com>

---

**From:** cmecf@vaed.uscourts.gov <cmecf@vaed.uscourts.gov>
**Sent:** Friday, January 30, 2026 2:32 PM
**To:** Courtmail@vaed.uscourts.gov <Courtmail@vaed.uscourts.gov>
**Subject:** Activity in Case 1:25-cv-02368-AJT-WBPVAED Fseisi v. O'Keefe Media Group et al Motion to appear Pro hac vice

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**
**Eastern District of Virginia -**

## Notice of Electronic Filing

The following transaction was entered by Mayfield, Earl on 1/30/2026 at 4:32 PM EST and filed on 1/30/2026

**Case Name:**     Fseisi v. O'Keefe Media Group et al
**Case Number:**   1:25-cv-02368-AJT-WBP
**Filer:**         James O'Keefe
                   O'Keefe Media Group
**Document Number:** 12

**Docket Text:**
**Motion to appear Pro Hac Vice by Ben Barr and Certification of Local Counsel Earl Mayfield Filing fee $ 75, receipt number AVAEDC-10749832. by James O'Keefe, O'Keefe Media Group. (Mayfield, Earl)**

**1:25-cv-02368-AJT-WBP Notice has been electronically mailed to:**

Earl Neville Mayfield , III      tmayfield@chalmersadams.com

Jason Frank Zellman      JZellman@surovellfirm.com, CBahner@surovellfirm.com, MEvans@surovellfirm.com

**1:25-cv-02368-AJT-WBP Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:
**Document description:** Main Document

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091796605 [Date=1/30/2026] [FileNumber=13059626-0] [762f5880d72867bc191d30153f73b9d33299b06a47222f6bcd01e88760ef97d2e1 c3016eb628586536bf620c7c3b53046e4c4e82a4f5ad61130a8305caaba5d9]]

This message and any attached materials are intended solely for the use of the intended recipient and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return email and then delete the original message. This law firm is a debt collector, and any information obtained by the firm may be used for that purpose under federal law and for purposes of the Fair Debt Collection Practices Act, or other applicable law.